UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-CR-0221-APG-CWH |
| Plaintiff, | |
| vs. | **ORDER** |
| ANTHONY JORDAN, | |
| Defendant. | |

On November 5, 2013, defendant Anthony Jordan filed a Motion to Dismiss For Insufficient Evidence [Dkt. #28]. On January 16, 2014 Magistrate Judge Hoffman conducted a hearing on the Motion, and on February 20, 2014, he entered his Report & Recommendation [Dkt #47] recommending that the Motion be denied. No objections have been filed to that Report and Recommendation. The Court has conducted a de novo review of the issues set forth in the Report & Recommendation pursuant to Local Rule IB 3-2. Judge Hoffman's Report and Recommendation sets forth the proper legal analysis and factual basis for the decision. Therefore,

**IT IS HEREBY ORDERED** that the Judge's Report & Recommendation [Dkt. #47] is accepted and approved in its entirety. Defendant's Motion to Dismiss [Dkt. #28] is **DENIED**.

DATED this 11th day of March, 2014.

_____
**ANDREW P. GORDON**
**UNITED STATES DISTRICT JUDGE**