1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8

UNITED STATES OF AMERICA,                    )
                                             )
9
                        Plaintiff,           )
                                             )
10
        v.                                   )    2:13-CR-221-APG-(CWH)
                                             )
11
ANTHONY JORDAN,                              )
                                             )
12
                        Defendant.           )

13

**ORDER OF FORFEITURE**

14      This Court finds that on November 19, 2014, defendant ANTHONY JORDAN was found

15 guilty on Counts One through Ten and Twelve through Fourteen of a Fourteen-Count Superseding

16 Indictment charging him in Counts One, Three, Five, Nine, Ten, Thirteen, and Fourteen with Bank

17 Robbery in violation of Title 18, United States Code, Section 2113(a); in Count Two and Four with

18 Use and Carry of a Firearm in Furtherance of a Crime of Violence in violation of Title 18, United

19 States Code, Section 924(c)(1)(A)(i); in Count Six with Brandishing a Firearm in Furtherance of a

20 Crime of Violence in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii); and in Count

21 Seven, Eight, and Twelve with Interference with Commerce by Robbery in violation of Title 18,

22 United States Code, Section 1951.  Superseding Indictment, ECF No. 29; Minutes of Jury Trial, ECF

23 No. 94; Jury Verdict, ECF No. 98.

24      This Court finds that ANTHONY JORDAN shall pay criminal forfeiture money judgments of

25 $26,286.50 and $3,402.76 in United States Currency to the United States of America, pursuant to Fed.

26 . . .

R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ANTHONY JORDAN criminal forfeiture money judgments in the amounts of $26,286.50 and $3,402.76 in United States Currency.

DATED this 23rd day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE