

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

ANTHONY JORDAN,

        Defendant.

2:13-CR-221-APG-(CWH)

## ORDER OF FORFEITURE

This Court found on January 23, 2015, that ANTHONY JORDAN shall pay the criminal forfeiture money judgments of $26,286.50 and $3,402.76 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Superseding Indictment, ECF No. 29; Order of Forfeiture, ECF No. 165.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ANTHONY JORDAN the criminal forfeiture money judgments in the amounts of $26,286.50 and $3,402.76 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and

///

///

///

///

///

1  (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section
2  2461(c); and Title 21, United States Code, Section 853(p).
3      DATED this 18th day of March, 2015.

                                                                   UNITED STATES DISTRICT JUDG