UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ANTHONY JORDAN,

        Defendant.

Case No.: 2:13-cr-0221-APG-CWH

**ORDER APPOINTING COUNSEL**

(ECF No. 256)

    Defendant Anthony Jordan has filed a letter (ECF No. 256), which I will consider as a motion, requesting appointment of counsel to assist him in preparing a motion for relief under both 28 U.S.C. § 2255 and *Johnson*.[1] In this case, the interests of justice require that counsel be appointed. Accordingly,

    IT IS HEREBY ORDERED that defendant Jordan's motion for appointment of counsel (ECF No. 256) is GRANTED. Telia Williams, Esq. is appointed as counsel for Mr. Jordan in place of Kathleen Bliss for all future habeas proceedings.

    IT IS FURTHER ORDERED that Ms. Bliss' office shall forward her file to Ms. Williams immediately

    **DATED** this 19th day of March, 2018.

                                          Andrew P. Gordon
                                          United States District Judge

---

[1] It appears the Ninth Circuit has foreclosed any relief under *Johnson* because it "conclude[ed] that Jordan's bank robbery convictions qualify as crimes of violence under the 'elements clause' of [18 U.S.C.] § 924(c)(3) . . . ." ECF No. 247, n.1 (*United States v. Jordan*, Case No. 15-10156 (9th Cir. 3/14/17)). However, I am not prejudging that issue and Jordan's counsel is free to pursue it if counsel believes an argument can be made.