# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-00221-APG-CWH |
| Plaintiff | **Order Denying Motion to Construe** |
| v. | [ECF No. 268] |
| ANTHONY JORDAN, | |
| Defendant | |

Defendant Anthony Jordan filed a letter complaining about his communications with his counsel, Telia Williams. ECF No. 267. Ms. Williams filed a motion asking me to construe Jordan's letter as a motion to represent himself. ECF No. 268. I do not read Jordan's letter that way. If Jordan wishes to represent himself, he may file a motion requesting permission to do so. In the meantime, Ms. Williams is to continue representing Jordan as appointed counsel.

IT IS THEREFORE ORDERED that the motion to construe the letter as a motion for self-representation **(ECF No. 268) is DENIED**. Telia Williams, Esq. shall continue as appointed counsel for Mr. Jordan unless ordered otherwise by this court.

**DATED** this 5th day of April, 2019.

_____
Andrew P. Gordon
United States District Judge