# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-00221-APG-CWH |
|---|---|
| Plaintiff | **Order Setting Evidentiary Hearing** |
| v. | |
| ANTHONY JORDAN, | |
| Defendant | |

I previously ruled that I will conduct an evidentiary hearing on defendant Anthony Jordan's claim that his counsel was ineffective for misadvising him of the elements of aiding and abetting an 18 U.S.C. § 924(c) offense. ECF No. 273.  Based on the parties' Joint Notice (ECF No. 274), I will conduct the evidentiary hearing on October 9, 2020 at 9:30 a.m. in Las Vegas Courtroom 6C.

Counsel are to coordinate with the Bureau of Prisons to have Mr. Jordan transported to this district by September 11, 2020.  That should allow sufficient time for any necessary quarantine due to transportation (if that is still going on at that point) and for preparation with counsel.  The parties are to confirm witness availability on that date as well.

DATED this 5th day of June, 2020.

_____
Andrew P. Gordon
United States District Judge