UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-00221-APG-CWH |
|---|---|
| Plaintiff | **ORDER SETTING STATUS CONFERENCE** |
| v. | |
| ANTHONY JORDAN, | |
| Defendant | |

The evidentiary hearing on Anthony Jordan's claim of ineffective assistance of counsel is set for October 9, 2020. I selected that date assuming that the COVID-19 pandemic would have abated by then and there would be fewer difficulties transporting Mr. Jordan here and arranging for him to meet with his lawyer. Events over the past two months have called into question my assumption. It may not be wise to conduct the evidentiary hearing as scheduled. I will conduct a status conference with counsel on **Tuesday August 18, 2020 at 10:30 a.m**. Because this is only a scheduling matter, Mr. Jordan's appearance is not necessary. Prior to that conference, the lawyers are to confer and determine who is best-situated to (1) contact the Bureau of Prisons about its current and anticipated transportation policies and (2) contact CoreCivic and the United States Marshal about restrictions on inmate meetings with counsel at the Nevada Southern Detention Center. This information should help us evaluate whether the evidentiary hearing can be conducted as scheduled.

The conference will be conducted by Zoom video conference. The courtroom administrator will provide counsel with the Zoom link to attend the video conference. Counsel is instructed not to forward the link to others. If additional participants need to appear, counsel shall contact the courtroom administrator Angela Reyes at Angela_Reyes@nvd.uscourts.gov.

Members of the public seeking to have access to this hearing must, prior to the day of the hearing, contact the courtroom administrator by email to request access to this hearing.

Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

DATED this 11th day of August, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE