**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-00221-APG-CWH |
|---|---|
| Plaintiff | **ORDER** |
| v. | [ECF No. 297] |
| ANTHONY JORDAN, | |
| Defendant | |

Defendant Anthony Jordan's motion for permission to have a video meeting with his mother **(ECF No. 297) is granted**. That video meeting may be conducted on October 9, 2020, either before or after the evidentiary hearing in this case that day. Mr. Jordan's counsel should contact the United States Marshal's Office to arrange for a time and place for that video meeting. If necessary, the courtroom may be used. Counsel shall notify me and the Assistant United States Attorney once the details have been arranged so we can plan around that.

DATED this 1st day of October, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE