KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
kb@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
1070 West Horizon Ridge Pkwy., Suite 202
Henderson, Nevada 89012
Telephone: 702.463.9074

*Attorney for Anthony Jordan*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY JORDAN<br><br>Defendant. | CASE NO.: 2:13-cr-00221-APG-CWH<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DEFENDANT'S REPLY FOR COMPASSIONATE RELEASE (First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by Kathleen Bliss, Esq., counsel for Anthony Jordan, and Adam Flake, Esq., counsel for the United States of America, that the deadline on which defendant must file his reply brief in support of Compassionate Relief on April 2, 2021, ECF No. 322, be extended seven days to date on or before April 9, 2021.

This stipulation is entered into based upon the following reasons:

1. On March 24, 2021, defendant filed a motion for compassionate release. ECF No. 322.

2. The government filed its response on March 26, 2021, ECF No. 322, and defendant's reply brief is due on or before April 2, 2021.

3. Counsel for defendant has conflicting deadlines that prevent her from effectively preparing and filing a reply on April 2, 2021.

4. The parties agree to the extension of time.

Page 1 of 4

5. This is the first request for extension of time.

Dated this 29th day of March 2021.

/s/Adam Flake
ADAM FLAKE
Attorney United States Attorney

/s/ Kathleen Bliss
KATHLEEN BLISS, ESQ.
Counsel for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | CASE NO.: 2:13-cr-00221-APG-CWH |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| ANTHONY JORDAN | |
| Defendant. | |

Based upon the stipulation of counsel, and good appearing, IT IS HEREBY ORDERED that defendant's reply brief for Compassionate Release shall be due on or before April 9, 2021.

DATED: March 29, 2021

_____
THE HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

KATHLEEN BLISS LAW PLLC
1070 W. HORIZON RIDGE PKWY., SUITE 202
HENDERSON, NEVADA 89012
TEL 702.793.4202

# CERTIFICATE OF SERVICE

I certify that I am an employee of KATHLEEN BLISS LAW PLLC and that on this 29th day of March 2021, I did cause a true copy of:

**STIPULATION AND PROPOSED ORDER TO EXTEND DEFENDANT'S REPLY FOR COMPASSIONATE RELEASE**

To be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing system in this action.

By: /s/Priscilla Horvath
An employee of
KATHLEEN BLISS LAW PLLC