1  KATHLEEN BLISS, ESQ.
   Nevada Bar No. 7606
2  KATHLEEN BLISS LAW PLLC
   1070 West Horizon Ridge Parkway., Suite 202
3  Henderson, Nevada 89012
   (702) 463-9074
4  kb@kathleenblisslaw.com

5  TELIA MARY U. WILLIAMS, ESQ.
   Nevada Bar No. 9359
6  LAW OFFICE OF TELIA U. WILLIAMS
   10161 Park Run Drive, Suite 150
7  Las Vegas, NV 89145
   (702)835-6866
8  telia@telialaw.com

9  *Attorneys for Anthony Jordan*

10              **UNITED STATES DISTRICT COURT**

11                 **DISTRICT OF NEVADA**

12

13  UNITED STATES OF AMERICA,           CASE NO. 2:13-CR-00221-APG

14              Plaintiff,

15       vs.                            **ORDER FOR TEMPORARY
                                        MODIFICATION OF SUPERVISED
16  ANTHONY JORDAN,                     RELEASE TO ALLOW TRAVEL TO
                                        CALIFORNIA**
17              Defendant.
                                        ***EXPEDITED RELIEF REQUESTED***
18

19

20        Defendant Anthony Jordan, by his counsel of record, respectfully moves this Court,

21  pursuant to 18 U.S.C. § 3583(e)(2) and Fed. R. Crim. P. 32.1(c)(2), for an order temporarily

22  modifying his conditions of supervised release so that he may travel from Nevada to California

23  for one day in order to participate in an informal memorial service for his late mother, and

24  retrieve her ashes.  Mr. Jordan's mother passed away from pancreatic cancer on July 27, 2021.

25  Services and the retrieval of ashes have been postponed in the hopes of Mr. Jordan's

26  participation.  The United States has been served with this motion for expedited relief, as

27

28

KATHLEEN BLISS LAW PLLC
1070 W. HORIZON RIDGE PKWY., SUITE 202
HENDERSON NEVADA 89012
TEL – 702.463.9074

certified below, and the government takes no position on this motion, and defers to the Court's

discretion.

Finally,  Mr. Jordan waives a hearing on this matter.

The specifics of the day-trip are as follows:

Mr. Jordan and his sister, Linda, (who lives in Las Vegas), would travel together to

Preciado Funeral Home, at 923 W. Mill Street, San Bernardino, California.  Mr. Jordan and

Linda would leave the morning of September 10, 2021, and return to Las Vegas, Nevada, the

evening of September 10, 2021.

Mr. Jordan respectfully offers the Court the following facts and points:

1.  This Court granted Mr. Jordan's motion for compassionate release on August 13,
    2021.  ECF No. 340.  Mr. Jordan was released from BOP custody on August 27,
    2021, and currently is on supervised release.

2.  While in custody, Mr. Jordan's mother, Angela Lucas-Young, was diagnosed with
    Stage 4 pancreatic cancer in August 2020. She passed away on July 27, 2021, at St.
    Bernardine Hospital in San Bernardino. Mr. Jordan now has only his sister, Linda,
    who desires his assistance in performing an informal memorial for their mother, and
    in picking up their mother's ashes from the funeral home in California.  (Mr. Jordan
    and Linda's brother, Clarence, preceded Ms. Lucas-Young in death).

3.  Mr. Jordan's probation officer, unfortunately, cannot approve Mr. Jordan's request at
    this time because of the recency of Mr. Jordan's release from prison, less than a week
    ago, on August 27, 2021.

4.  Mr. Jordan entirely grasps the gravity and exceptional nature of this request.  He is
    willing to comply with any means that the court and/or his probation officer deems
    necessary so that he can assist his sister with the task of honoring their mother, and

KATHLEEN BLISS LAW PLLC
1070 W. HORIZON RIDGE PKWY., SUITE 202
HENDERSON NEVADA 89012
TEL – 702.463.9074

picking up their mother's ashes, in order to return them to Las Vegas where they live.

5.  Mr. Jordan lost his grandmother, and then more recently, his mother while he was incarcerated.  He was grateful for the opportunity to see and talk to his mother, which this court allowed him, before his evidentiary hearing in October of last year.  Mr. Jordan has been grieving, unable to see his mother and say goodbye in her final stages, as she suffered through, and finally passed away from, her terminal illness. Missing spending time with his grandmother and mother were among the most challenging aspects of Mr. Jordan's incarceration, and the most poignant punishment for his crime.

6.  However, having the opportunity to perform a gesture such as this, to do a private, informal memorial service with his closest remaining relative, and to assist her with the hard and emotional task of picking up their mother's ashes, will assist Mr. Jordan in integrating back into his family, while having closure, an enormously rehabilitative step now that he is out of custody.

7.  Denial of this request could prove a devastating emotional hardship on Mr. Jordan, and his remaining family, his sister, while he makes his very initial adjustment to life outside of prison.

Respectfully submitted,

/s/Kathleen Bliss
KATHLEEN BLISS, ESQ.
KATHLEEN BLISS LAW PLLC
1070 West Horizon Ridge Pkwy., Ste. 202
Henderson, Nevada 89012

/s/Telia Mary U. Williams
TELIA MARY U. WILLIAMS, ESQ.
LAW OFFICE OF TELIA U. WILLIAMS
10161 Park Run Dr., Ste. 150
Las Vegas, NV 89145

*Attorneys for Anthony Jordan*

KATHLEEN BLISS LAW PLLC
1070 W. HORIZON RIDGE PKWY., SUITE 202
HENDERSON NEVADA 89012
TEL – 702.463.9074

**ORDER**

Having reviewed the motion of defendant, and noting no position taken by the government, the Court finds good cause to GRANT defendant's motion.

IT IS SO OREDERED that defendant Anthony Jordan may travel from Nevada to and from California, on the date of September 10, 2021. The Motion and this Order shall be served on United States Probation by defendant.

Date: September 3, 2021

_____
ANDREW P. GORDON
United States District Judge

KATHLEEN BLISS LAW PLLC
1070 W. HORIZON RIDGE PKWY., SUITE 202
HENDERSON NEVADA 89012
TEL – 702.463.9074