UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>ANTHONY JORDAN,<br>　　　　　　　　　　Defendant. | Case No. 2:13-CR-00221-APG-CWH-1<br><br>**CLARIFICATION ORDER** |

　　　I am entering this order to clarify the Judgment previously entered in this case as to defendant Anthony Jordan. ECF No. 174.  The specific information needed to complete the order of restitution was not made a part of the Judgment.  I thus find good cause exists to clarify the Judgment and modify the restitution order as to the co-conspirators that went unidentified in the original Judgment.

　　　I THEREFORE ORDER that defendant Anthony Jordan is liable for restitution, joint and several, with the following co-conspirators: Sesley Williams (2:13-cr-00221-APG-CWH-2) and Marquee Munerlyn (2:13-cr-00328-HDM-GWF-1).

　　　I FURTHER ORDER that the defendant shall make restitution to the following payees:

**Name of Payee:**　　US Bank
　　　　　　　　　　Corporate Security
　　　　　　　　　　PO Box 650
　　　　　　　　　　Milwaukee, WI 53278-0650
**Amount of Restitution:** $12,753.00


**Name of Payee:**　　Famous Footwear
　　　　　　　　　　3039 N Rainbow Blvd
　　　　　　　　　　Las Vegas, NV 89108
**Amount of Restitution:** $870.00

**Name of Payee:**   Michael Kors
32100 Las Vegas Blvd. South
Primm, NV 89109
**Amount of Restitution:** $1,532.00***

**Total Amount of Restitution ordered: $15,155.00***

The Restitution amount of $15,155.00 does not include any payments received by the court.

***Joint and Several with Sesley Williams (2:13-cr-00221-APG-CWH-2) and Marquee Munerlyn (2:13-cr-00328-HDM-GWF-1).

Dated this 8th day of May, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE