UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00221-APG-CWH-1 |
|---|---|
| Plaintiff, | **Order Granting Early Termination of Supervised Release** |
| v. | |
| ANTHONY JORDAN, | [ECF No. 369] |
| Defendant. | |

Anthony Jordan moves to terminate his supervised release early. ECF No. 369. The United States Attorney opposes.

Modification or termination of supervised release is governed by 18 U.S.C. § 3583(e). Under that statute, I first must consider "the factors set forth in section 3553 (a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)." Mr. Jordan was convicted of several robberies and was sentenced to 730 months in prison and five years of supervised release. ECF No. 174. After he had served over eight years in prison, I granted his motion for compassionate release. ECF No. 340. He has now served 28 months on supervised release. The conditions of his supervised release have protected the public and deterred Mr. Jordan from committing additional crimes.

After examining the section 3553 factors, I may terminate supervised release "if [I am] satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). The Judicial Conference's Guide to Judiciary Policy, Volume 8E, Chapter 3, § 360.20(c) provides that, for an offender who satisfies the minimal statutory factors, at 18 months there is a presumption in favor of early termination if the offender (1) does not meet the criteria of a career drug offender or career criminal (as described in 28 U.S.C.

§ 994(h)) or has not committed a sex offense or engaged in terrorism; (2) presents no identified risk of harm to the public or victims; (3) is free from any court-reported violations over a 12-month period; (4) demonstrates the ability to lawfully self-manage beyond the period of supervision; (5) is in substantial compliance with all conditions of supervision; and (6) engages in appropriate prosocial activities and receives sufficient prosocial support to remain lawful well beyond the period of supervision.

    Mr. Jordan satisfies this presumption and the Government has offered no evidence to rebut it. During his 28 months of supervised release, Mr. Jordan has complied with all requirements. He has worked hard to obtain an apartment and a job and to quickly advance in his employment. He is an inspiration to his friends and colleagues. He does not present a risk to the public or victims. I congratulate him on his efforts to overcome his past difficulties and on becoming a contributing member of society. I wish him success and good fortune going forward.

    The present circumstances justify early termination of supervised release. Therefore, Mr. Jordan's motion (**ECF No. 369) is GRANTED** and his supervised release is terminated immediately.

    Dated this 29th day of December, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE